THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Senikka Strom,       
Appellant.
 
 
 

Appeal From Edgefield County
William P. Keesley, Circuit Court Judge

Unpublished Opinion 
 No. 2003-UP-625
Submitted August 20, 2003  Filed 
 October 21, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Senikka Strom was convicted of assault and battery of a 
 high and aggravated nature.  She was sentenced to six years, suspended upon 
 the service of three years, plus two years probation.  Stroms appellate counsel 
 filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  
 Counsel additionally submitted a petition to be relieved from representation, 
 asserting there are no directly appealable issues of arguable merit.  Strom 
 did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.